IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | | |
|---|---|---|
| LUTHER MENEFIELD | * | |
| Plaintiff, | * | |
| v. | * | 3:07-CV-44-MHT |
| | | (WO) |
| OFFICER FRAZIER, *et al.*, | * | |
| Defendants. | * | |

_____

## **ORDER**

The Magistrate Judge filed a Recommendation (Doc. #8) in this case to which no timely objections have been filed. Upon an independent and de novo review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that

1. The Recommendation is ADOPTED; and

2. Plaintiff's case against all parties is DISMISSED without prejudice as Plaintiff failed to comply with the orders of this court and failed to prosecute this cause of action.

A separate judgment will issue.

DONE, this the 29th day of May, 2007.

                                            /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE