IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | | |
|---|---|---|
| LUTHER MENEFIELD | * | |
| Plaintiff, | * | |
| v. | * | 3:07-CV-44-MHT |
| | | (WO) |
| OFFICER FRAZIER, *et al.*, | * | |
| Defendants. | * | |

_____

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the defendants and against the plaintiff, and that this action be and is hereby dismissed without prejudice.

DONE, this the 29th day of May, 2007.

　　　　　　　　　　　　　/s/  Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE